## No. 12.

**CASTLETON** *against* **CLARENDON.** *Rutland,* 1819.

ERROR. · The County Court had dismissed the complaint

of the overseers of Castleton, because it was signed by one overseer only.

The Court reversed the decision of the County Court and decided that the signature of one overseer of the poor to the complaint, was sufficient.